

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2017

No. 04-17-00679-CV

**IN RE SOUTHCROSS ENERGY PARTNERS, GP LLC**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice

On October 16, 2017, relator filed a petition for writ of mandamus challenging the trial court's order granting a motion for new trial. On November 17, 2017, we abated this proceeding to allow the successor trial judge to reconsider the prior order. *See* TEX. R. APP. P. 7.2(b). On December 20, 2017, relator filed a motion to dismiss this proceeding as moot because the successor trial judge signed an order setting aside the order granting the new trial. This proceeding is REINSTATED on the docket of this court. The relator's motion to dismiss is GRANTED, and the petition for writ of mandamus is DISMISSED AS MOOT. The court's opinion will issue at a later date.

It is so **ORDERED** on December 27, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27 day of December, 2017.

_Keith E. Hottle_
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. DC-16-139, styled *Ivy Gonzalez on behalf of M.R. Gonzalez, et al. v. Southcross Energy Partners*, *GP LLC*, pending in the 229th Judicial District Court, Duval County, Texas, the Honorable Ana Lisa Garza presiding.